**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JULIE LAWSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:21-cv-00197** |
| ) | **Judge Aleta A. Trauger** |
| **SWBC MORTGAGE CORP.,** ) | |
| **PENNYMAC LOAN SERVICES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Report and Recommendation ("R&R") (Doc. No. 113) issued by Magistrate Judge Holmes is **ACCEPTED** in its entirety. The timely Objections to the R&R filed by defendant SWBC Mortgage Corp. ("SWBC") (Doc. No. 114) and *pro se* plaintiff Julie Lawson (Doc. No. 116) are **OVERRULED**.

The Motion to Dismiss Plaintiff's Fourth Amended Complaint filed by defendant PennyMac Loan Services, LLC ("PennyMac") (Doc. No. 103) is **GRANTED IN PART AND DENIED IN PART**. It is **DENIED** with respect to the breach of contract claim and **GRANTED** insofar as it seeks dismissal of the Tennessee Consumer Protection Act ("TCPA") and intentional infliction of emotional distress ("IIED") claims against it. The TCPA and IIED claims are **DISMISSED.**

SWBC's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Doc. No. 105) is **DENIED**.

This case remains on referral to the Magistrate Judge.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge