# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULIE LAWSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PENNYMAC LOAN SERVICES, INC., )<br>)<br>    Defendant. )<br>) | Case No. 3:21-cv-197<br><br>Judge Aleta A. Trauger |

## ORDER

On October 23, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 194), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Second Motion to Remand (Doc. No. 177) is DENIED.

This case shall be returned to the Magistrate Judge for additional handling under the original referral order.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge