IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIE LAWSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-197 ) ) Judge Aleta A. Trauger |
| PENNYMAC LOAN SERVICES, INC., | ) ) |
| Defendant. | ) ) ) |

## ORDER

On February 6, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 213), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the defendant (Doc. No. 165) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge